# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO HERNANDEZ, | Case: No. 1:12-cv-01440-AWI-GBC (PC) |
| Plaintiff, | ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE AND DIRECTING PLAINTIFF TO RESUBMIT COMPLAINT |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | (Doc. 1) |
| Defendants. | FIFTEEN DAY DEADLINE |

Alejandro Vargas Hernandez ("Plaintiff") is a federal prisoner currently housed at the Airpark Unit Correctional Center in Big Spring, Texas. On September 4, 2012, Plaintiff filed his original complaint. Doc. 1. Plaintiff has failed to sign his original complaint. Every pleading, written motion, and any other papers submitted to the court must be signed. Local Rule 131; Fed. R. Civ. P. 11(a). Based on the foregoing, the Court HEREBY ORDERS:

1. Plaintiff's complaint filed September 4, 2012, is ordered to be STRICKEN due to lack of signature;

2. The Clerk's Office shall send Plaintiff a civil rights complaint form;

3. Within fifteen (15) days from the date of service of this order, Plaintiff must file an original complaint curing the deficiencies identified by the Court in this order; and

///
///
///

4.  If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated:     September 18, 2012

UNITED STATES MAGISTRATE JUDGE